**DISMISS and Opinion Filed August 23, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00593-CR

**KENNETH DILLON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR1-23-1626**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

Kenneth Dillon appeals his conviction of violation of a protective order. The Court has before it appellant's motion to dismiss the appeal, asserting the trial court granted appellant's motion for new trial. The motion to dismiss the appeal is not signed by appellant, as is required by rule 42.2(a). *See* TEX. R. APP. P. 42.2(a). Therefore, we deny the motion to dismiss.

An order granting a motion for new trial restores the case to its position before the former trial, and the judgment is no longer in place. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.–Dallas 1996, no pet.). Absent

a judgment of conviction or other appealable order, there is nothing before the Court over which we have jurisdiction. *See Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.).

We dismiss the appeal for want of jurisdiction.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240593F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KENNETH DILLON, Appellant

No. 05-24-00593-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Rockwall County, Texas Trial Court Cause No. CR1-23-1626. Opinion delivered by Justice Molberg. Justices Carlyle and Smith participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered August 23, 2024

–3–